**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA NICHOLE McKENLEY,<br><br>             Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendants. | CASE NO. 13CV1905-GPC-BGS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IFP**<br><br>**[DKT. NO. 2]** |

On August 16, 2013, Plaintiff Monica Nichole McKenley ("Plaintiff") filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No 2.) For the following reasons, the Court **GRANTS** Plaintiff's motion to proceed IFP.

All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. *Rodriguez v Cook*, 169 F.3d 1176 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a) the Court may waive the filing fee, if a party demonstrates an inability to pay by submittal of an affidavit stating all assets of the individual. Receipt of IFP status is a privilege, not a right. *Franklin v Murphy*, 745 F.2d 1221, 1232 (9th Cir. 1984).

Here, Plaintiff submitted an application and affidavit stating her assets. Plaintiff asserted that she is not presently employed due to a disability and that she lives with another individual who pays her rent; however the amount of rent is not stated. Plaintiff declares that she receives $200.00 per month for food stamps and has no

1  savings.  Plaintiff further states that she has no automobile, real estate, or any other
2  assets.
3      On consideration of Plaintiff's affidavit, Plaintiff has sufficiently demonstrated
4  that she is unable to pay the required filing fee and meets the requirements to proceed
5  IFP.  Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.

7  DATED:  September 4, 2013

HON. GONZALO P. CURIEL
United States District Judge